**Subject**: ICC Profit Loss statement
**From**: "Samuel K. Giles" <skgiles@gmail.com>
**To**: Marcia Bross <MBross@achaco.com>
**Date Sent**: Wednesday, January 17, 2018 9:56:28 AM GMT-07:00
**Date Received**: Wednesday, January 17, 2018 9:56:28 AM GMT-07:00
**Attachments**: ICC Annual Report.pdf

---

Hello Marcia,

I'm in receipt of your voicemail. Per your request, the profit loss statement is located on page 8 of the attached annual report.

Feel free to contact me if additional questions arise.

With regards,

Samuel

Terrace Gardens Resident

--

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information, or information otherwise protected by law. Non-Discrimination Notice: This communication constitutes an electronic communication within the meaning of the Electronic Communication Privacy Act, 18 U.S.C. §2510 and may be construed as a protected activity shielded from discriminatory acts because of sex, race, national origin or some other protected class under Civil Rights Act of 1964, 42 U.S.C. §§ 2000d-2004; & 1968, 42 U.S.C. §§ 3601-3619. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.



EXHIBIT 11

DEPOSITION EXHIBIT 39
Giles
4/16/19



# Adams County Housing Authority
## Self-Employed Tenant Income Verification

Prepared by:   Samuel K. Giles
              Managing Director

Prepared Date: 12/4/2017





# Transmittal Letter
Self-Employed Tenant Income Verification

Adams County Housing Authority
Attn: Don May, Director
4430 S. Adams County Pkwy
Brighton, CO 80601

Re: Self-Employed Tenant Income Verification

Dear Don May:

Intellectual Capital Consulting, Ltd. (ICC) is a South Westminster management consulting firm that specializes in patent prosecution. ICC is pleased to submit this income verification for your review. I look forward to your partnership in cooperative efforts to contribute to the Alto community throughout my tenancy, if granted.

As you may be aware, Section 3 is a provision of the Housing and Urban Development (HUD) Act of 1968 that helps foster local economic development, neighborhood economic improvement, and individual self-sufficiency. The Section 3 program requires that recipients of certain HUD financial assistance, to the greatest extent feasible, provide job training, employment, and contracting opportunities for low or very-low income residents and Section 3 businesses. As a registered Section 3 business, ICC also functions as a virtual Section 3 coordinator to assist recipient agencies with their Section 3 compliance metrics.

Due to Alto's premier location near the Westminster light rail station, tenancy in Alto will help expand ICC's core capabilities into web development, software prototyping, and data analytics. To date, ICC has an opportunity to further improve its web development expertise by partnering with Turing School of Software and Design located downtown Denver. Additionally, ICC looks forward to aligning with Galvanize, Inc., headquartered in Denver's Golden Triangle district to formulate data analytics capabilities. ICC can apply these vital skillsets further help recipient agencies, like Adams County Housing Authority, remain Section 3 complaint by providing top tier job training skills for its residents.

Furthermore, I am registered to practice before the United States Patent and Trademark Office in a variety of technologies ranging from business methods and electromagnetics to computer architecture and optical networking. Your investment in my tenancy will further enable ICC to continue to effectively serve our South Westminster community.

Thank you for creating such an exceptional opportunity for Intellectual Capital Consulting, Ltd.
I envision building upon our collaborative success by developing long-term sustainable skills in the burgeoning areas of web development and data analytics that may contribute to the job training of fellow residents.

Sincerely,

Samuel K. Giles

01   Business Plan for   Intellectual Capital Consulting, Ltd.

800.545.4290 / skgiles@icapitalconsulting.com / icapitalconsulting.com 

# Executive Summary
Self-Employed Tenant Income Verification

Intellectual Capital Consulting, Ltd. (ICC) provides consulting and advisory services to the business community, with emphasis on small businesses of 25 to 175 employees, start-up enterprises, and independent inventors. Additionally, as a registered Section 3 enterprise, ICC assists housing providers and other recipient agencies avoid Section 3 compliance pitfalls.

As a professional service company specializing in providing intellectual property (IP) focused management consulting services, ICC offers patent research, prosecution, and IP licensing know how to its clients. In addition, ICC licenses its IP holdings to technology companies to enhance and strengthen their organizations and to meet the needs of their stakeholders. In conjunction with patent preparation and prosecution services, ICC provides the essential technical knowledge and services to develop goal-oriented solutions that address the client's strengths and weaknesses.



The company is organized as a single member LLC with a small staff well suited to provide services to small to medium sized companies and, in some instances, to the general public. In addition to the above-mentioned services, ICC, a registered Section 3 enterprise, provides housing providers that receive Section 3 assistance consulting services, helping these recipient agencies make their best efforts to achieve Section 3 compliance.

In 2016 ICC realized total revenues of $35,000 and a net after tax loss of ($997). In 2017, ICC anticipates revenues of just over $35,000 with profits breaking even with losses. The 2017 projection reflects the results of continuously building the organization's social media footprint and efforts to develop a demand for Section 3 compliance services.



# Company Objectives
Self-Employed Tenant Income Verification

### Mission

To improve the performance and efficiency of organizations and their compliance requirments in highly competitive, expanding, and unpredictable political and economic business environments.

### Company Ownership

Intellectual Capital Consulting, Ltd. is a single member LLC, owned by Samuel K. Giles. In the future, the company may seek to convert to an "S" corporation or reincorporate as a "C" corporation and, at that time, there will be other stockholders. Further, it is expected that, should any future funding for this venture come from investors, any investors will require (and be entitled to) a percentage of ownership.

### Core Values

ICC prides itself on its technical ability, its value-added service at competitive rates, its high standards of quality, and its adaptability to changes in the market and in the methods of practice.

Intellectual Capital Consulting believes:

- Integrity and honesty guide all phases of the client and consultant relationship from the exploratory meeting to final delivery.
- Special expertise insures clients attain cost effective, results oriented solutions.
- Excellence is the hallmark in all of its business associations with entrepreneurs, recipient agencies and most importantly our clients.

### Long Range Vision

In five years, ICC's primary service will continue to be management consulting services. The primary market will include industrial, commercial, recipient agencies, independent inventors, and startup companies. Moreover, ICC's competitive position will be as a niche specialist and virtual corporation that can easily adapt to rapid changes in the marketplace.

800 545 4290  /  skgiles@icapitalconsulting.com  /  icapitalconsulting.com

 Intellectual Capital
CONSULTING, LTD.

# Service Description
Self-Employed Tenant Income Verification

The nature of selling consulting services is difficult since the sold product is unique and varies according to the needs of the client. Further, ICC's clients demand more diverse services, especially small to medium size businesses. These companies typically do not have the financial resources to hire full-time professional staffs. They frequently look to "out-sourcing" or contracting for services focused on short-term task specific projects or on-going, less than full-time professional services. ICC offers or plans to offer the following services:

### Patent Preparation

From independent inventors to medium sized enterprise, ICC provides a range of patent development and prosecution services to achieve desired intellectual property protection. These services include: conducting patent research, drafting design patent applications, drafting provisional utility patent applications, drafting utility patent applications, and preparing patent drawings.

### Section 3 Services

In addition to patent services, ICC provides numerous services for housing providers that receive Section 3 assistance in order to achieve the annual numerical goals for Section 3 compliance in employment and contracting, including: coordinating all Section 3 related activities to be instrumental for reaching the employment and contracting goals; designing and implementing procedures to comply with the requirements of Section 3 in order to comply with Section 3 regulations; facilitating the training and employment of Section 3 residents; establishing procedures to certify Section 3 residents and business concerns; designing preference mechanisms for employment and contracting opportunities; and drafting summary and annual reports for the purpose of determining the effectiveness of Section 3 compliance.

Furthermore, ICC functions as a virtual Section 3 coordinator for housing providers by supplying consulting services to assist recipient agencies demonstrate their efforts taken towards the achievement of the Section 3 numerical goals. For example, ICC coordinates the documentation of actions taken to comply with the employment, training and contracting requirements of Section 3, the results of actions taken, and impediments encountered. By recording job vacancies, solicitations for bids or proposals, selection materials, and contract documents (including scope of work and contract amount), in accordance with Federal or State procurement laws and regulations, ICC assists recipient agencies make their best efforts to achieve their annual numerical goals for Section 3 compliance.



800.545.4290 / skgiles@icapitalconsulting.com / icapitalconsulting.com

# Market Analysis
Self-Employed Tenant Income Verification

As many small and medium enterprises, and recipient agencies of Section 3 assistance have had to trim their staffs, ICC will continue to provide services that these organizations can no longer provide internally. Currently, ICC derives its revenue from management consulting strategies targeting IP related activities – from patent prosecution to patent licensing. As the company grows, ICC will provide management consulting services to agencies that received funds requiring Section 3 compliance.



The demand for patent services correlate with formulation of startup firms and venture capital activity. Altogether, 43 companies in Colorado raised $344.5 million during the first quarter of 2017. The state hasn't seen that quarterly amount raised from venture capitalists since the second quarter of 2015. Last year, private firms in Colorado raised $686 million, the lowest amount since 2013 and down 40 percent from the prior year, according to Pricewaterhouse Coopers (PwC).

For perspective, Colorado's first-quarter 2017 venture funding ranked fourth nationally for the number of deals and the amount raised. Across the nation, venture capital deals declined to 1,104 deals and $13.86 billion in the first quarter, compared to $15.68 billion invested in 1,301 companies a year ago, according to PwC. Further, with over eighty (80) low-income housing tax credit projects in the pipeline of completion, according to Colorado Housing and Finance Authority, there is an ample amount of recipient agencies that must comply with Section 3 regulations.

800.545.4290 / skgiles@icapitalconsulting.com / icapitalconsulting.com          



# Market Strategy
Self-Employed Tenant Income Verification

The marketing strategy is to enhance, promote and support the fact that ICC's services increase clients' productivity and profit margins. Specifically, ICC has the necessary "hands-on" expertise required to perform and in-depth, logical, practical and critical analysis of a client's needs, business strategies, goals, and short and long-term objectives at each stage of development and implementation.

To prove the value of our service, ICC involves the client in the entire consulting process from the conceptual stage to the finished product. Getting the client involved in every functional area of the business, is necessary so the organization will understand that these areas must be given equal attention in formulating short and long-term goals and objectives. The measurable benefit of this approach is a definite competitive edge and improvement of the client's chances of a prospective lender or investor funding the venture. Further, it also ensures continued regulatory compliance, success, viability, profitability, and growth.

### Pricing & Profitability

Fees are set high enough to give ICC credibility in the eyes of the prospective client. Fees are charged on an hourly or daily rate, fixed fee, or on a retainer basis depending upon the client's needs. The hourly or daily fee applies to very short-term assignments - a few days or one week at most. Fixed fees are preferred by clients, because they serve to establish a total dollar commitment risk on the part of ICC. This makes the marketing task of ICC more straight forward. Annual retainer fees are acceptable when a client, who has used ICC services frequently want a consultant "on-tap" which can be called upon whenever the need arises without paying the hourly or daily fee. ICC will not accept contingency fees.

## Management

The sole employee of ICC is Samuel K. Giles, whose complete resume is available upon request. ICC currently has no plans to hire additional employees; however, ICC will outsource work with independent contractors as the need arises. Specifically, ICC recognizes that additional project support professionals are required to properly support clients' expanding requirements. In addition, the services of an outside certified public accountant may be required for income tax returns and financial statement preparation.



# Financial Information
Self-Employed Tenant Income Verification

## Profit and Loss Statement
Intellectual Capital Consulting, Ltd.
FY 2016

Financial Statements in U.S. Dollars

### Revenue
| | |
|---|---:|
| Gross Sales | 35000 |
| Less: Sales Returns and Allowances | |
| **Net Sales** | 35000 |

### Cost of Goods Sold
| | | |
|---|---:|---:|
| Beginning Inventory | 4000 | |
| Add:   Purchases | | |
|        Freight-in | 250 | |
|        Direct Labor | | |
|        Indirect Expenses | 750 | |
| Inventory Available | 5000 | |
| Less: Ending Inventory | | |
| **Cost of Goods Sold** | | 5000 |
| **Gross Profit (Loss)** | | 30000 |

### Expenses
| | | |
|---|---:|---:|
| Advertising | | |
| Amortization | | |
| Bad Debts | | |
| Bank Charges | | |
| Charitable Contributions | | |
| Commissions | | |
| R&D | 1500 | |
| Depreciation | | |
| Dues and Subscriptions | 197 | |
| Employee Benefit Programs | | |
| Insurance | | |
| Interest | | |
| Legal and Professional Fees | | |
| Licenses and Fees | | |
| Miscellaneous | | |
| Office Expense | 300 | |
| Payroll Taxes | | |
| Postage | | |
| Rent | | |
| Repairs and Maintenance | | |
| Supplies | | |
| Telephone | | |
| Travel | 1500 | |
| Utilities | | |
| Vehicle Expenses | | |
| Wages | 27500 | |
| **Total Expenses** | | 30997 |
| **Net Operating Income** | | (997) |

### Other Income
| | |
|---|---:|
| Gain (Loss) on Sale of Assets | |
| Interest Income | |
| **Total Other Income** | 0 |
| **Net Income (Loss)** | (997) |

07   Business Plan for   Intellectual Capital Consulting, Ltd.

This Page is Intentionally Left Blank

