

DEPOSITION EXHIBIT 40 Giles 4/14/19

**Subject:** RE: Alto Apartments
**From:** Lauren Grimsley <LGrimsley@achaco.com>
**To:** "skgiles@gmail.com" <skgiles@gmail.com>
**Cc:** Zachary Guerin <zguerin@achaco.com>
**Date Sent:** Thursday, February 8, 2018 5:54:20 PM GMT-07:00
**Date Received:** Thursday, February 8, 2018 5:54:26 PM GMT-07:00
**Attachments:** IRS form #4506-T for Samuel Giles.pdf, IRS form #8821 for Samuel Giles.pdf

Dear Samuel:

I reviewed your concerns about your Alto application status today. My hope is that clarifying your understanding of the qualification and approval process for LIHTC housing at an ACHA community will make it clear to you that ACHA adhered fully to all applicable policies in the handling of your application and LIHTC file processing. Per LIHTC program requirements, ACHA associates evaluated your income from self-employment based on net earnings, and attempted to verify your gross earnings from wages, for the purpose of validating your household's qualification for residency in the apartment home of your choosing. Once you review the information herein, you should see clearly that any claim of ACHA having attempted to "segregate Claimant from the housing opportunity" is entirely unfounded.

As you are probably already aware, at ACHA, we strive to better lives and strengthen communities through our affordable housing and resident service offerings. Accordingly, we do not make a decline decision without first exhausting all feasible opportunities for qualifying a household within the program and management parameters applicable to the specific housing opportunity for which the household has applied. In your case, you applied to lease a two bedroom apartment home, designated at 60% AMI, operated in a Low Income Housing Tax Credit community.

Per the income qualifications section on p. 4 of your rental application, "Household income must be at least (2.5) times the amount of the rent". Additionally, as you pointed out, in its low-income housing compliance manual, section 3.6, CHFA provides that, "Annual income is the gross income a family anticipates it will receive in the 12-month period following the effective date of the certification of income." In the same compliance manual, section 3.9 Business Income: Business Owners and Self-employed Persons, CHFA provides that, "When calculating annual income, owners must include net income from the operation of a business and any self-employment income received by the applicant/resident."

If you recall, you reported monthly income in the amount of $2,916.67 on your rental application. On your LIHTC questionnaire, you reported net business income in the same amount, but also reported a salary of $27,500. Although these combined incomes would have exceeded the maximum, allowable household income, processing of your file was continued, nevertheless. To comply with the third party income verification requirements of the LIHTC program, we also requested a copy of your most recent tax returns, a year-to-date profit and loss statement, a business plan summary, and you were asked to complete a certification of income for self-employed persons.

Although you provided a copy of your 2016 personal tax return including schedule C, the return indicated that the business did not net a profit in 2016. According to your Schedule C, your business had wage expense of $27,500 for the year, which you reportedly told Sylvia, had been paid to you. Unfortunately, because these wages, whether in the form of Owner Distributions or W-2 wages, do not appear anywhere in the income section on p. 1 of your 2016 form 1040, we were unable to use this return to verify this income. Even if we had verified it, $27,500 per year would be insufficient to satisfy the minimum income requirement of 2.5 times the amount of the rent.

Clearly, the sum of any net proceeds from self-employment and your gross wages, whether paid via Owner Distribution or W-2 wages, must fall between the minimum income requirement equal to 2.5 times the monthly rent, and the maximum income limit for the number of people in the household, in accordance with ACHA and LIHTC requirements, for a household to qualify. Additionally, all household income must be third party verified in order to qualify a household for LIHTC housing. Because we were only able to verify the net proceeds from self-employment, which were less than $0, and could not verify gross income from any other source totaling at least 2.5 times the monthly rental rate, we were unable to satisfy ACHA's minimum household income requirement. Despite our best efforts, the application had to be declined for insufficient, verifiable income.

EXHIBIT 12

That being said, in response to your concerns, I am happy to personally review your household income in search of any possible grounds to appeal the denial decision. In order to do so, I will need you to forward your 2017 profit and loss statement, requested by Marcia Bross via email on January 10th. I will also need you to complete, sign, and date both of the attached forms, and rush them back to me. Upon receipt of the completed, signed, dated forms, I will reach out to the IRS in search of 2016 and 2017 financial information useful for determining if you may be able to qualify for residency in the apartment home for which you applied at Alto. As always, feel free to contact me with any questions or if I may be of further assistance.

Kind regards,

**Lauren Grimsley, AHM, SHCM**
Portfolio Operations Manager
Property Operations

**Aztec Villa Apartment Homes | Adams County Housing Authority**
8675 Mariposa Street | Thornton, CO 80260
(Phone): **(303) 428-8090** (Fax): **(303) 650-5684**
(E-mail): **lgrimsley@achaco.com** (Web): **www.adamscountyhousing.com**

**ADAMS COUNTY HOUSING AUTHORITY**
Empowering People - Strengthening Communities

CONFIDENTIAL: This message and any attachments are intended solely for the use of the intended recipient(s) and may contain information that is privileged, confidential or proprietary. If you are not an intended recipient, please notify the sender and then please delete and destroy all copies and attachments and be advised that any review or dissemination of, or the taking of any action in reliance on, the information contained herein or attached to this message is prohibited. Unless specifically indicated, this message is not an offer to sell or a solicitation of any investment products or other financial product or service. You are also asked to notify us immediately by telephone at 303-227-2075 and to delete this transmission with any attachments and destroy all copies in any form. Thank you in advance for your cooperation.

---

**From:** Sylvia Anderson
**Sent:** Thursday, February 08, 2018 10:43 AM
**To:** Lauren Grimsley; Niki Rush; MariBel Sena; Zachary Guerin
**Subject:** FW: Alto Apartments

FYI

Thank you,
Sylvia Anderson

**Community Manager**
**Alto Apartments | Adams County Housing Authority**
3045 West 71st Avenue, Suite 100 | Westminster, CO 80030 | (Phone): 720-512-2721
(E-mail): Alto@achaco.com (Web) : http://www.adamscountyhousing.com/

**ADAMS COUNTY HOUSING AUTHORITY**
Empowering People - Strengthening Comm
ALTO

**CONFIDENTIAL:** This message and any attachments are intended solely for the use of the intended recipient(s) and may contain information that is privileged, confidential or proprietary. If you are not an intended recipient, please notify the sender and then please delete and destroy all copies and attachments and be advised that any review or dissemination of, or the taking of any action in reliance on, the information contained herein or attached to this message is prohibited. Unless specifically indicated, this message is not an offer to sell or a solicitation of any investment products or other financial product or service. You are also asked to notify us immediately by telephone at 720.749.6352 and to delete this transmission with any attachments and destroy all copies in any form. Thank you in advance for your cooperation.

**From:** Samuel K. Giles [mailto:skgiles@gmail.com]
**Sent:** Thursday, February 08, 2018 10:24 AM
**To:** Alto
**Cc:** Marcia Bross
**Subject:** Re: Alto Apartments

Thank you for the additional clarification, Sylvia.

However, in my view, this is an inaccurate assessment based on the governing policy. Specifically, the rejection analysis was based on net income versus gross income as outlined by statute. Accordingly, I am seeking a **temporary restraining order and/or preliminary injunction**, pursuant to FRCP Rule 65(b), to enjoin ACHA and/or Alto Partners, LLLP from leasing the applied unit. It is strongly advised that the applied unit remain unleased during deliberation. Below are the aforementioned governing statutes:

Colorado Housing and Finance Authority (CHFA), the Department of Housing and Urban Development (HUD) and the Internal Revenue Service (IRS), respondent ACHA elected to deviate from these policies and evaluate Claimant's income based on net earnings versus gross earnings in order to segregate Claimant from the housing opportunity.

In its low-income housing compliance manual, section 3.6, CHFA provides that, "Annual income is the gross income a family anticipates it will receive in the 12-month period following the effective date of the certification of income." Further, section 3.6 states, "CHFA's policy is to use the highest income (i.e., most conservative) scenario to determine household income. The maximum potential household income must be considered first to ensure the household qualifies for the unit."

Moreover, section 3.6 provides, "Generally, the LIHTC program uses HUD Handbook 4350.3, Chapter 5, for guidance in determining how to count and calculate income and assets." The HUD Handbook 4350.3, Chapter 5 defines annual income as, "All amounts, monetary or not, that go to or are received on behalf of the family head..."

The IRS has language in Internal Revenue Code (IRC) 142(d)(2)(B) and by reference from IRC 42(g)(4) that says "income of individuals and area median gross income shall be determined by the Secretary in a manner consistent with determinations of lower income families and area median gross income under section 8 of the United States Housing Act of 1937." Treasury Regulation Section 1.42-5(b)(1)(vii) has similar language that states, "Tenant income is calculated in a manner consistent with the determination of annual income under section 8 of the United States Housing Act of 1937 ("Section 8")."

The determination of income under Section 8 of the U.S. Housing Act of 1937 is found in 24 CFR Section 5.609 Annual Income. Specifically, §5.609 (a)(1) provides, "Annual income means all amounts, monetary or not, which [g]o to, or on behalf of, the family head." Further, §5.609 (a)(4) states, "Annual income also means amounts derived (during the 12-month period) from assets to which any member of the family has access." Moreover, §5.609 (b)(2) provides, "Expenditures for business expansion ... shall not be used as deductions in determining net income."

Regards,

Samuel


On Wed, Feb 7, 2018 at 11:52 AM, Alto <alto@achaco.com> wrote:
Good Afternoon Samuel,

I hope that you are doing well. Per your request this morning I've composed a detailed email explaining why we've denied your application for the Alto Apartments.

The Alto Apartments is an affordable community and the programs we offer require that we verify all income and assets for each household member. The apartments at this community were randomly assigned a program type(s), Area Median Income (AMI), and those two factors will determine the income limit and rental amount for each unit. Keep in mind that the income limit will fluctuate depending on the household size. We also have a Standard Rental Criteria that we must abide by. I've attached a copy of the criteria for your review.

The apartment you applied for offers the LIHTC program and has an AMI of 60%. In order for your household to qualify for this apartment your income may not exceed $35,280.00 annually and you must gross 2.5 times the monthly rent. The monthly rent is $1,134.00 and 2.5 times is $2,835.00. Upon review of your application it was determined that your household meets the income limit however you do not meet the 2.5 requirement.

The LIHTC requirements for a business owner are as follows:

*3.9 Business Income: Business Owners and Self-employed Persons When calculating annual income, owners must include net income from the operation of a business and any self-employment income received by the applicant/resident.*
*Net income is gross income less business expenses, interest on certain loans, and depreciation, computed on a straight-line basis. Business income includes:*

• *net income from the business,*

• *salaries paid from the business to any adult family members, and*

• *cash or assets withdrawn by any family member (unless the withdrawal is reimbursement for an investment).*

The net profit listed on your 1040 and Profit and Loss Statement is a negative $997.00. I noticed on the Verification of Employment and 1040 that you paid out $27,500.00 in wages. Which is why I confirmed that those wages were paid directly to you. However, because you did not claim those wages on your individual tax return I am unable to use them as proof of income. The only income listed on your individual tax return for 2016 is a negative $997.

Should your income change and you decide to reapply for Alto I would be more than happy to assist you. However, please understand that I will be required to complete a new and full income certification. I am in receipt of your security deposit and it is available for pick up at The Orchard Crossing Apartments Mon-Fri 9:30am – 5:00pm; I am typically away from the office from 12:30pm – 1:30pm for lunch.

Please let me know if I may be of further assistance, or if you have any questions, comments, or concerns. I wish you success in finding a new home!

Thank you,
Sylvia Anderson

Community Manager
Alto Apartments | Adams County Housing Authority
3045 West 71st Avenue, Suite 100 | Westminster, CO 80030 | (Phone): 720-512-2721
(E-mail): Alto@achaco.com (Web) : http://www.adamscountyhousing.com/



ADAMS COUNTY HOUSING AUTHORITY
Empowering People - Strengthening Communities

CONFIDENTIAL: This message and any attachments are intended solely for the use of the intended recipient(s) and may contain information that is privileged, confidential or proprietary. If you are not an intended recipient, please notify the sender and then please delete and destroy all copies and attachments and be advised that any review or dissemination of, or the taking of any action in reliance on, the information contained herein or attached to this message is prohibited. Unless specifically indicated, this message is not an offer to sell or a solicitation of any investment products or other financial product or service. You are also asked to notify us immediately by telephone at 720.749.6352 and to delete this transmission with any attachments and destroy all copies in any form. Thank you in advance for your cooperation.

--
This transmission contains confidential information and privileged information that is intended only for the addressee(s) of this email. The document and information contained therein is consultant work-product and entitled to protection. Further, the contents of the document may contain trade secrets, which are protected by law. If you receive this email in error, and are not the intended recipient(s), any use, dissemination, distribution or copying of this document or its contents is strictly prohibited.

| Form **4506-T** (July 2017) Department of the Treasury Internal Revenue Service | Request for Transcript of Tax Return ▶ Do not sign this form unless all applicable lines have been completed. ▶ Request may be rejected if the form is incomplete or illegible. ▶ For more information about Form 4506-T, visit www.irs.gov/form4506t. | OMB No. 1545-1872 |
|---|---|---|

**Tip.** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| 1a Name shown on tax return. If a joint return, enter the name shown first. | 1b First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
|---|---|
| 2a If a joint return, enter spouse's name shown on tax return. | 2b Second social security number or individual taxpayer identification number if joint tax return |

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

4  Previous address shown on the last return filed if different from line 3 (see instructions)

5  If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

    Adams County Housing Authority dba Aztec Villa 8675 Mariposa St. #27A  Thornton, CO 80260 ph (303) 428-8090  fax (303) 650-5684

**Caution:** If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

6  Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶

  a  **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . . ☐

  b  **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days  . ☐

  c  **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days . . . . . . ☐

7  **Verification of Nonfiling,** which is proof from the IRS that you did not file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . . ☐

8  **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

9  Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.

    /  /       /  /       /  /       /  /

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. Note: This form must be received by IRS within 120 days of the signature date.

☐ Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T. See instructions.

| Phone number of taxpayer on line 1a or 2a |
|---|

**Sign Here**

▶ Signature (see instructions)                            Date

▶ Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ Spouse's signature                                      Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.       Cat. No. 37667N       Form **4506-T** (Rev. 7-2017)

Form 4506-T (Rev. 7-2017)

Page **2**

Section references are to the Internal Revenue Code unless otherwise noted.

### Future Developments

For the latest information about Form 4506-T and its instructions, go to *www.irs.gov/form4506t*. Information about any recent developments affecting Form 4506-T (such as legislation enacted after we released it) will be posted on that page.

### General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Use Form 4506-T to request tax return information. You can also designate (on line 5) a third party to receive the information. Taxpayers using a tax year beginning in one calendar year and ending in the following year (fiscal tax year) must file Form 4506-T to request a return transcript.

**Note:** If you are unsure of which type of transcript you need, request the Record of Account, as it provides the most detailed information.

**Tip.** Use Form 4506, Request for Copy of Tax Return, to request copies of tax returns.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946.

**Where to file.** Mail or fax Form 4506-T to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual transcripts (Form 1040 series and Form W-2) and one for all other transcripts.

If you are requesting more than one transcript or other product and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

### Chart for individual transcripts (Form 1040 series and Form W-2 and Form 1099)

| If you filed an individual return and lived in: | Mail or fax to: |
|---|---|
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301<br><br>855-587-9604 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | Internal Revenue Service RAIVS Team Stop 37106 Fresno, CA 93888<br><br>855-800-8105 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | Internal Revenue Service RAIVS Team Stop 6705 P-6 Kansas City, MO 64999<br><br>855-821-0094 |

### Chart for all other transcripts

| If you lived in or your business was in: | Mail or fax to: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409<br><br>855-298-1145 |
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service RAIVS Team P.O. Box 145500 Stop 2800 F Cincinnati, OH 45250<br><br>855-800-8015 |

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address. For a business address, file Form 8822-B, Change of Address or Responsible Party — Business.

**Line 6.** Enter only one tax form number per request.

**Signature and date.** Form 4506-T must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506-T within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.

 **CAUTION** You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked.

**Individuals.** Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506-T exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506-T can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506-T but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506-T can be signed by any person who was a member of the partnership during any part of the tax period requested on line 9.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506-T for a taxpayer only if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5. The representative must attach Form 2848 showing the delegation to Form 4506-T.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-T will vary depending on individual circumstances. The estimated average time is: Learning about the law or the form, 10 min.; Preparing the form, 12 min.; and Copying, assembling, and sending the form to the IRS, 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-T simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see *Where to file* on this page.

| Form **8821** (Rev. January 2018) Department of the Treasury Internal Revenue Service | **Tax Information Authorization** ▶ Go to www.irs.gov/Form8821 for instructions and the latest information. ▶ Don't sign this form unless all applicable lines have been completed. ▶ Don't use Form 8821 to request copies of your tax returns or to authorize someone to represent you. | OMB No. 1545-1165 **For IRS Use Only** Received by: Name _____ Telephone _____ Function _____ Date _____ |
|---|---|---|

**1 Taxpayer information.** Taxpayer must sign and date this form on line 7.

| Taxpayer name and address | Taxpayer identification number(s) |
|---|---|
| | Daytime telephone number | Plan number (if applicable) |

**2 Appointee.** If you wish to name more than one appointee, attach a list to this form. Check here if a list of additional appointees is attached ▶ ☐

| Name and address<br><br>Adams County Housing Authority dba Aztec Villa<br>8675 Mariposa St #27A  Thornton, CO 80260 | CAF No. _____<br>PTIN _____<br>Telephone No. _____ (303) 428-8090<br>Fax No. _____ (303) 650-5684<br>Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |
|---|---|

**3 Tax Information.** Appointee is authorized to inspect and/or receive confidential tax information for the type of tax, forms, periods, and specific matters you list below. See the line 3 instructions.

☐ By checking here, I authorize access to my IRS records via an Intermediate Service Provider.

| (a)<br>Type of Tax Information (Income, Employment, Payroll, Excise, Estate, Gift, Civil Penalty, Sec. 4980H Payments, etc.) | (b)<br>Tax Form Number (1040, 941, 720, etc.) | (c)<br>Year(s) or Period(s) | (d)<br>Specific Tax Matters |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the tax information authorization is for a specific use not recorded on CAF, check this box. See the instructions. If you check this box, skip lines 5 and 6 . . . . . ▶ ☐

**5 Disclosure of tax information** (you must check a box on line 5a or 5b unless the box on line 4 is checked):

**a** If you want copies of tax information, notices, and other written communications sent to the appointee on an ongoing basis, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

Note. Appointees will no longer receive forms, publications, and other related materials with the notices.

**b** If you don't want any copies of notices or communications sent to your appointee, check this box . . . . . . . . ▶ ☐

**6 Retention/revocation of prior tax information authorizations.** If the line 4 box is checked, skip this line. If the line 4 box isn't checked, the IRS will automatically revoke all prior Tax Information Authorizations on file unless you check the line 6 box and attach a copy of the Tax Information Authorization(s) that you want to retain. . . . . . . . . . . . ▶ ☐

To revoke a prior tax information authorization(s) without submitting a new authorization, see the line 6 instructions.

**7 Signature of taxpayer.** If signed by a corporate officer, partner, guardian, partnership representative, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute this form with respect to the tax matters and tax periods shown on line 3 above.

▶ IF NOT COMPLETE, SIGNED, AND DATED, THIS TAX INFORMATION AUTHORIZATION WILL BE RETURNED.

▶ DON'T SIGN THIS FORM IF IT IS BLANK OR INCOMPLETE.

| | |
|---|---|
| Signature | Date |
| Print Name | Title (if applicable) |

For Privacy Act and Paperwork Reduction Act Notice, see instructions.     Cat. No. 11596P     Form **8821** (Rev. 1-2018)