DEPOSITION EXHIBIT 42
Giles
4/16/19

EXHIBIT
13

**Subject:** FW: Alto Partners, LLLP complaint | TRO
**From:** Zachary Guerin <zguerin@achaco.com>
**To:** "skgiles@gmail.com" <skgiles@gmail.com>
**Cc:** Don May <DMay@achaco.com>
**Date Sent:** Friday, February 23, 2018 5:28:18 PM GMT-07:00
**Date Received:** Friday, February 23, 2018 5:28:21 PM GMT-07:00
**Attachments:** img-223170758-0001.pdf

Good Afternoon Mr. Giles,

I hope this email finds you doing well. I'm reaching out to you today on behalf of Don May in regards to the email you sent to him this afternoon; as this falls under my purview. My hope is to address your concerns in regards to your recent denied application. As expressed to you via email from Lauren Grimsley back on February 8, 2018 your application was denied due to you not being able to meet the application criteria; in regards to income qualifications which can be found on page 4 under Income Qualifications bullet point 3 of the application. (Your Application is attached) Please see below:

Income Qualifications:
• Applicants must have a verifiable minimum gross monthly income of at least 2.5 times the tenant's paid portion of the rent or verifiable savings/checking balance higher than the rest of the amount for half of the term of lease. All applicants applying for tax credit apartments must meet the minimum and not exceed the maximum income guidelines for Section 42 compliance if applicable to the community. Self-employed persons will be required to provide tax returns for the previous year or certified letter from his or her accountant certifying his or her income.
• Any interested applicant may request in advance of receiving housing or acceptance, a copy of the property's lease, rules and regulations or other forms which contain requirements pertaining to unit inspections, annual re-certification reporting policies and potential resident charges.
• Household income must be at least (2.5) times the amount of the rent, except in the case of an applicant who is moving in with a Section 8 Housing voucher. Application fees and security deposit requirements will be established at each property and will be determined by the community manager in cooperation with Property Operations based on current market dynamics and market survey data.

This is a policy that is practiced consistently at each of our communities. We have not and will not override this based on any protected class as it would be in clear violation of our policy. Furthermore Ms. Grimsley addressed in detail the reason for the denial was solely based on the application being unable to meet the income requirements of 2.5x's the monthly rent. I have copied her message below:

"I reviewed your concerns about your Alto application status today. My hope is that clarifying your understanding of the qualification and approval process for LIHTC housing at an ACHA community will make it clear to you that ACHA adhered fully to all applicable policies in the handling of your application and LIHTC file processing. Per LIHTC program requirements, ACHA associates evaluated your income from self-employment based on net earnings, and attempted to verify your gross earnings from wages, for the purpose of validating your household's qualification for residency in the apartment home of your choosing. Once you review the information herein, you should see clearly that any claim of ACHA having attempted to "segregate Claimant from the housing opportunity" is entirely unfounded.
As you are probably already aware, at ACHA, we strive to better lives and strengthen communities through our affordable housing and resident service offerings. Accordingly, we do not make a decline decision without first exhausting all feasible opportunities for qualifying a household within the program and management parameters applicable to the specific housing opportunity for which the household has applied. In your case, you applied to lease a two bedroom apartment home, designated at 60% AMI, operated in a Low Income Housing Tax Credit community.

Per the income qualifications section on p. 4 of your rental application, "Household income must be at least (2.5) times the amount of the rent". Additionally, as you pointed out, in its low-income housing compliance manual, section 3.6, CHFA provides that, "Annual income is the gross income a family anticipates it will receive in the 12-month period following the effective date of the certification of income." In the same compliance manual, section 3.9 Business Income: Business Owners and Self-employed Persons, CHFA provides that, "When calculating annual income, owners must include net income from the operation of a business and any self-employment income received by the applicant/resident."

*If you recall, you reported monthly income in the amount of $2,916.67 on your rental application. On your LIHTC questionnaire, you reported net business income in the same amount, but also reported a salary of $27,500. Although these combined incomes would have exceeded the maximum, allowable household income, processing of your file was continued, nevertheless. To comply with the third party income verification requirements of the LIHTC program, we also requested a copy of your most recent tax returns, a year-to-date profit and loss statement, a business plan summary, and you were asked to complete a certification of income for self-employed persons.*

*Although you provided a copy of your 2016 personal tax return including schedule C, the return indicated that the business did not net a profit in 2016. According to your Schedule C, your business had wage expense of $27,500 for the year, which you reportedly told Sylvia, had been paid to you. Unfortunately, because these wages, whether in the form of Owner Distributions or W-2 wages, do not appear anywhere in the income section on p. 1 of your 2016 form 1040, we were unable to use this return to verify this income. Even if we had verified it, $27,500 per year would be insufficient to satisfy the minimum income requirement of 2.5 times the amount of the rent.*

*Clearly, the sum of any net proceeds from self-employment and your gross wages, whether paid via Owner Distribution or W-2 wages, must fall between the minimum income requirement equal to 2.5 times the monthly rent, and the maximum income limit for the number of people in the household, in accordance with ACHA and LIHTC requirements, for a household to qualify. Additionally, all household income must be third party verified in order to qualify a household for LIHTC housing. Because we were only able to verify the net proceeds from self-employment, which were less than $0, and could not verify gross income from any other source totaling at least 2.5 times the monthly rental rate, we were unable to satisfy ACHA's minimum household income requirement. Despite our best efforts, the application had to be declined for insufficient, verifiable income."*

Then to ensure accuracy Ms. Grimsley even offered to review your household income to see if there was any possible grounds to appeal the denial decision. At this point she requested your 2017 profit and loss statement; which was also previously requested by Marcia Bross in our compliance department back on January 10, 2018. It was also requested that you sign and date the forms attached to her email so that she could then reach out to the IRS to search for 2016 and 2017 financial information useful for determining if you would be able to qualify for the apartment home that you applied for. She requested that this information be rushed back to her in which she received no reply from you. Please see below:

"That being said, in response to your concerns, I am happy to personally review your household income in search of any possible grounds to appeal the denial decision. In order to do so, I will need you to forward your 2017 profit and loss statement, requested by Marcia Bross via email on January 10th. I will also need you to complete, sign, and date both of the attached forms, and rush them back to me. Upon receipt of the completed, signed, dated forms, I will reach out to the IRS in search of 2016 and 2017 financial information useful for determining if you may be able to qualify for residency in the apartment home for which you applied at Alto. As always, feel free to contact me with any questions or if I may be of further assistance."

Mr. Giles in the event your income changes we welcome future applications to any of our communities. Please feel free to give me a call if you wish to discuss this matter further.

Kind Regards,

**Zachary A. Guerin, AHM, FHC**
Director of Property Operations

**Adams County Housing Authority**
4430 S. Adams County Parkway, Ste. W5000A | Brighton, CO 80601
(Phone): **303-227-2077**  (Cell): **720-862-2114**
(E-mail): **ZGuerin@achaco.com**  (Web): **www.adamscountyhousing.com**

ADAMS COUNTY HOUSING AUTHORITY
Empowering People - Strengthening Communities

CONFIDENTIAL: This message and any attachments are intended solely for the use of the intended recipient(s) and may contain information that is privileged, confidential or proprietary. If you are not an

intended recipient, please notify the sender and then please delete and destroy all copies and attachments and be advised that any review or dissemination of, or the taking of any action in reliance on, the information contained herein or attached to this message is prohibited. Unless specifically indicated. You are also asked to notify us immediately by telephone at 303-227-2075 and to delete this transmission with any attachments and destroy all copies in any form. Thank you in advance for your cooperation.

**From:** Samuel K. Giles [mailto:skgiles@gmail.com]
**Sent:** Friday, February 23, 2018 4:04 PM
**To:** Don May
**Subject:** Alto Partners, LLLP complaint | TRO

Dear Director May:

As a long-term tenant of Terrace Gardens, I was recently unlawful denied a housing opportunity within the newly developed Alto Apartments.

Pursuant to C.R.C.P. 121 1-15, Paragraph 8, attached are courtesy copies of an original complaint, and motion for temporary restraining order and preliminary injunction soon to be filed with the U.S. District Court for the District of Colorado.

Regards,

Samuel

--

This transmission contains confidential information and privileged information that is intended only for the addressee(s) of this email. The document and information contained therein is consultant work-product and entitled to protection. Further, the contents of the document may contain trade secrets, which are protected by law. If you receive this email in error, and are not the intended recipient(s), any use, dissemination, distribution or copying of this document or its contents is strictly prohibited.

# RENTAL APPLICATION

All Applicants, eighteen (18) years of age or older, who will be residing in the premises, must fill out a separate application.

Applicant's Name: Samuel Giles　　Date of Birth: [redacted]　　Gender (M/F/O): Male
SS#: [redacted]　　Phone or Cell#: 419.629.676.5600　　Email Address: sgailes@gmail.com
Driver's License No.: [redacted]　　State: OH

**List All Additional Household Members:**

Name ___ Date of Birth ___ Gender (M/F/O) ___ SS# ___
Name ___ Date of Birth ___ Gender (M/F/O) ___ SS# ___
Name ___ Date of Birth ___ Gender (M/F/O) ___ SS# ___
Name ___ Date of Birth ___ Gender (M/F/O) ___ SS# ___
Name ___ Date of Birth ___ Gender (M/F/O) ___ SS# ___
Name ___ Date of Birth ___ Gender (M/F/O) ___ SS# ___

**RESIDENT HISTORY since the age of 18:**

Current Address: ☐ Owned　☐ Rented　☒ Lived with Family
Street: 3160 W. 71st Ave, Apt. # 307, City: Westminster, State: CO, Zip: 80030
Dates: From/To: May 2010 – Present
Home phone #: 419.649.5600
Apt. Name / If Home-Mortgage Co. & Loan #: Terrace Gardens Apts
Present Landlord/Manager: AHA / Brenda Simms
Manager's Phone #: 303.962.1742
Monthly Payment $: 725.00
Reason for Moving: Displacement

Previous Address: ☐ Owned　☐ Rented　☒ Lived with Family
Street: 7312 Woodman Cir, City: Holland, State: OH, Zip: 43528
Dates: From/To: Aug 1987 to May 2010
Home phone #: 419 866.0391
Apt. Name / If Home-Mortgage Co. & Loan #: N/A
Present Landlord/Manager: N/A
Manager's Phone #: N/A
Monthly Payment $: N/A
Reason for Moving: Education

Previous Address: ☐ Owned　☐ Rented　☐ Lived with Family
Street ___ Apt. # ___ City ___ State ___ Zip ___
Dates: From/To ___ Home phone # ___
Apt. Name / If Home-Mortgage Co. & Loan # ___
Present Landlord/Manager ___ Manager's Phone # ___
Monthly Payment $ ___ Reason for Moving ___

List any additional cities and states you have lived in since the age of 18 if not listed above.

(1) City: Toledo, State: OH　(2) ___　(3) ___　(4) ___

Have you ever been: Evicted from any leased premises? YES ☐ NO ☒
Broken a rental agreement or lease contract? YES ☐ NO ☒　If yes, do you have a payment arrangement in place? YES ☐ NO ☐

**STUDENT STATUS**
Are you a Student? YES ☐ NO ☒　If Yes, Full Time ☐ Part Time ☐

**EMPLOYMENT INCOME**

Present Employer: Intellectual Capital Consulting, LLC.　　Position: Managing Director
Business Address: 3160 W. 71st Ave, Ste. 307, Westminster, CO 80030
Your Work Phone #: 800.545.4290
Name of Supervisor: Samuel Giles　　Phone #: 419 659 5600
Employed since: 12/1/2010　　Gross Monthly Salary: $2,916.67

1

 

## RENTAL APPLICATION

Second Employer _____  Position _____

Business Address _____
Street    City    State    Zip

Name of Supervisor _____  Your Work Phone # _____

Employed since _____  Phone # _____

Gross Monthly Salary _____

### ADDITIONAL MONTHLY HOUSEHOLD INCOME

Recipient _____  Type/Source _____  Monthly Amount _____
Recipient _____  Type/Source _____  Monthly Amount _____
Recipient _____  Type/Source _____  Monthly Amount _____
Recipient _____  Type/Source _____  Monthly Amount _____

### BANK ACCOUNT INFORMATION

Do you have a checking account? YES [X] NO [ ]   If Yes, give Bank Name: BBVA Compass   Account number: [redacted]

Do you have a savings account? YES [ ] NO [X]   If Yes, give Bank Name: _____   Account number: _____

### VEHICLE

Year and Make: 2002 Sedan    Color: Silver    License # & State: [redacted]    Registered To: Samuel Gibbs

Year and Make: 1987 Honda    Color: Red    License # & State: [redacted]    Registered To: Samuel Gibbs

### BACKGROUND

Are you or anyone in your household a current registered sexual offender?   YES [ ]   NO [X]

Do you or anyone in your household use marijuana?   YES [ ]   NO [X]

If yes, pursuant to the U.S Department of Housing and Urban Development memo sent on 12/29/14 and The Controlled Substances Act (CSA), 21 U.S.C Section 801, your application is hereby denied.

### PETS

Do you own any pets? YES [ ]  NO [X]  If so, how many? ____

Pet #1 Type/Breed ____  Weight ____  Age ____  Color ____  Name ____
Pet #2 Type/Breed ____  Weight ____  Age ____  Color ____  Name ____

### EMERGENCY CONTACT

Name: Sammie & Mellis Gibbs    Relationship: Parents    Phone: 419-8__-0391

Address: 7312 _____ Ct    Apt # ____    City: Hilliard    State: OH    Zip: 43528

### DEPOSITS AND FEES

I understand the application fee is a non-refundable payment for a credit and criminal check and processing charge of this Application and such sum is not a rental payment or security deposit. This amount will be retained by Agent to cover the cost of processing application as furnished by the Applicant, regardless if the Applicant is approved or denied; any false or misleading information or intentional omission will constitute grounds for rejection of application. THIS APPLICATION IS PRELIMINARY ONLY AND DOES NOT OBLIGATE AGENT TO EXECUTE A LEASE OR TO DELIVER POSSESSION OF THE DWELLING UNIT TO APPLICANT. THE RENTAL AGREEMENT WILL NOT BECOME EFFECTIVE UNTIL THIS APPLICATION IS APPROVED BY AGENT. Applications will be reviewed on a first come first served basis.

I understand the deposits and fees to be:
- Security/Holding Deposit  $ ____
- Pet Deposit(s)  $ ____
- Pet Fee(s)  $ ____
- Non Refundable Application fee  $ ____
- Non Refundable fees  $ ____
- Other  $ ____
- Total  $ ____

Lease Term Solutions
$125.00

I hereby deposit $ _____ with Agent. This amount (less application fee) will be refunded within 7 working days: 1) if the Application is denied, or 2) if the Application is accepted and the Applicant withdraws the Application in writing within 72 hours of the date of notification of preliminary acceptance. Agent will notify Applicant of denial or acceptance via phone and/or mail. If the Application is accepted and Applicant fails to occupy the premises on the agreed upon date (regardless if Applicant executes a lease or not), except for delay caused by Agent, the deposited amount will be retained by Agent as liquidated damages for holding the apartment off the market. In such instance, Agent will provide Applicant a written accounting within 30 days. If Agent cannot provide a specific apartment on the requested move in date, Agent reserves the right to provide a similar apartment. If the delay in providing Applicant with this specific apartment or a similar apartment is longer than seven (7) days, Applicant may terminate the lease by notifying Agent in writing.

 **RENTAL APPLICATION** 

## Adams County Housing Authority Standard Rental Criteria

The Adams County Housing Authority (ACHA) supports the fair housing act as amended, and we are pledged to the letter and spirit of U.S. policy for the achievement of equal housing opportunity throughout the Nation. We encourage and support an affirmative advertising and marketing program in which there are no barriers to obtaining housing because of race, color, religion, sex, handicap, familial status, national origin, or sexual identity/orientation. The following qualifications standards will be required from every prospective resident.

**Occupancy Standard Criteria**

<u>Identification Documents:</u>

All household members 18 years of age and older are requested to provide one document from Column A <u>or</u> one document from Column B AND one document from Column C as part of the rental application process.

| One document from Column A below | Or One Document from each column below B and C | |
|---|---|---|
| Column A | Column B | Column C |
| U.S. Passport | Driver's License or ID card issued by a state or outlying possession of the United States if it contains a photograph or information such as name, date of birth, sex, height, eye color and address | U.S. Social Security Card or ITIN |
| Unexpired foreign passport with I-551 stamp or attached I-94 indicating unexpired employment authorization | ID card issued by federal, state or local government agencies, if it contains a photograph or information such as name, date of birth, sex, height, eye color and address | Certification of Birth Abroad issued by the Department of State (Form FS-545 or Form DS-1350) |
| Permanent Resident Card or Alien Registration Receipt Card (Form I-551) | School ID with a photograph | Original or certified copy of a birth certificate issued by a state, county, municipal authority, or outlying possession of the United States, bearing an official seal |
| Unexpired Temporary Resident Card (Form I-688) | Voter Registration Card | U.S. Citizen ID card (Form I-197) |
| Unexpired Employment Authorization Card (Form I-688A) | U.S. Military card or draft record | ID Card for use of a resident citizen in the United States (I-179) |
| Unexpired Employment Authorization Document issued by U.S. citizenship & Immigration Service (USCIS) (Form I-766 or I-688B) | Military dependent's ID card | Unexpired employment authorization document issued by the Department of Homeland Security (other than those listed above for which only one form is needed) |
| | U.S. Coast Guard Merchant Mariner Card | |
| | Native American tribal document | |
| | Canadian driver's license | |

<u>Credit and Criminal Review:</u> In addition to the previously listed documents required to verify identity ACHA Apartment Communities conduct screenings on any person over the age of 18 applying to live at its communities. ACHA uses an applicant screening process to evaluate the probability that an applicant may or may not satisfactorily fulfill his/her lease obligations. Prior to acceptance of any applicant, ACHA will use a consumer reporting agency to obtain credit reports and public record information regarding the applicant. The information obtained may include the following consumer information:

- A risk score is derived from the consumer reporting agency's mathematical model that evaluates the probability that an applicant may or may not satisfactorily fulfill his/her lease obligations. The mathematical model was developed from various data including information regarding a residents' payment performance under prior leases(s) and other contractual obligations. The risk score represents a relative measure of the credit risk associated with a given applicant.

- Student loans and medical bills will be exempt from consideration.

- Consumer information such as credit history, landlord-tenant record, other public records, and/or previous inquires/addresses.

- Felony and/or misdemeanor convictions are reviewed individually based on the severity of the conviction to determine eligibility. ACHA has tailored our Criminal to ensure our substantial, legitimate, nondiscriminatory interest and to take into consideration such factors as the type of the crime and the length of the time since conviction. ACHA does not review or consider criminal charges as part of resident screening

CoreLogic® Rental Property Solutions will compare the information obtained from the consumer reporting agencies to our acceptance policies to determine whether or not the applicant meets such policies. If an application is declined or accepted with certain conditions, based on information that does not meet our acceptance policies, you will be provided with "A summary of Your Rights under the Fair Credit Reporting Act" and will be given the name, address and telephone number of the consumer reporting agency that provided the information to us. An applicant who is declined or accepted with certain conditions based on information provided by the consumer reporting agency may obtain a free copy of the report and may initiate a reinvestigation to have any erroneous information contained in the report corrected. The consumer reporting agency will advise you of the procedure that you should follow in order to do so.

<u>Security Deposit Requirements:</u> The following security deposit requirements will be applied in all circumstances at each ACHA rental community:

1. If an applicant's credit recommendations come back as "Approved" the security deposit will be equal to one month's rent or the applicant may pay the Optional "LeaseProtect" fee of $ 125 in Lieu of Security Deposit.
2. If an applicant's decision is returned as an "accept with conditions" the security deposit will be equal to two month's rent or the applicant may pay the Optional "LeaseProtect" fee of $ 199 in Lieu of Security Deposit.
3. If pets are accepted at a community, a $ 300 pet deposit which is refundable, plus a $ 150 non-refundable pet fee will be required for each pet, in addition to the appropriate security deposit based on the applicant's approval status.

3

 

**RENTAL APPLICATION**

**Occupancy Standards:**

One bedroom: Maximum Three (3) Persons       Two Bedrooms: Maximum Five (5) Persons

Three Bedrooms: Maximum Seven (7) Persons    Four Bedrooms: Maximum (9) Persons

**Income Qualifications:**

- Applicants must have a verifiable minimum gross monthly income of at least 2.5 times the tenant's paid portion of the rent or verifiable savings/checking balance higher than the rest of the amount for half of the term of lease. All applicants applying for tax credit apartments must meet the minimum and not exceed the maximum income guidelines for Section 42 compliance if applicable to the community. Self-employed persons will be required to provide tax returns for the previous year or certified letter from his or her accountant certifying his or her income.

- Any interested applicant may request in advance of receiving housing or acceptance, a copy of the property's lease, rules and regulations or other forms which contain requirements pertaining to unit inspections, annual re-certification reporting policies and potential resident charges.

- Household income must be at least (2.5) times the amount of the rent, except in the case of an applicant who is moving in with a Section 8 Housing voucher. Application fees and security deposit requirements will be established at each property and will be determined by the community manager in cooperation with Property Operations based on current market dynamics and market survey data.

**Income Sources:** Employment and all income sources are third party verified for all applicants. If there is no employment, a form declaring no income will be required. All household income and assets must be declared and verified within the annually published HUD income limits based upon family size if applicable to the community. Any refusal to supply information or give access will be a denial under programmatic regulations if applicable to the community.

**Rental History:** Anyone with an outstanding balance owed to another rental property or to ACHA must show proof of payment in full or sufficient proof of current payment arrangements in progress in order to be considered as a favorable part of his or her rental history. First time renters and Section 8 voucher holders are welcome.

- A denial will result from negative rental history for any of the following: Illegal activity, damages and/or improper care of property, noise and/or disturbances, allowing unauthorized persons to reside in the unit, applicant or household member presented a peril to the health, safety or welfare of other, or excessive late payments.

- Pets in disabled households, hereby shall be named "assistance animals", and will be considered on an individual basis, and only authorized by management in the event the assistance animal will provide some benefit to the disabled person, and a licensed physician establishes that benefit.

**Automatic Rejection:**

- Applicants with negative resident history-outstanding debt to an apartment community/landlord/ACHA or eviction from apartment community/landlord - will be denied. Guarantors/co-signers cannot be a substitute for this requirement

    All housing decisions will be based on criminal history as it specifically relates to protection of the residents, resident safety and/or property. Any applicants who have been determined to have a criminal conviction for illegal manufacture or distribution of controlled substance(s) will be denied. Guarantors/co-signers cannot substitute for this requirement.

**Reasonable Accommodations:**

The American Disabilities Act (ADA) and Federal Section 504 of the Rehabilitation Act of 1973, as it relates to nondiscrimination based on handicap in Federally Assisted Programs and these regulations are strictly adhered to. ACHA communities will adhere to the following 504 criteria:

1. Reasonable accommodations will be provided to any resident or person with a disability and there is s disability-related need for the reasonable accommodation, as long as they do not fall under the definition of structural impracticability, or if it would impose an undue financial and administrative burden, or it would fundamentally alter the nature of ACHA or the property's operations. If the reasonable accommodation request falls under one of the aforementioned as unreasonable, and an alternative accommodation would effectively meet the requester's disability-related need(s), and that alternate is reasonable, AHCA will engage in an interactive dialogue process with the requestor to discuss how the requester's needs can be met.

Do you require any special accommodations? YES ☐ NO ☒

Revisions to the selection criteria may be implemented by ACHA. A copy of the selection criteria currently in use at the property will be available in the rental office. In the event the selection criteria is revised since the date of a applicant's application for housing, a copy of the revised selection criteria will be given to the applicant.

_____   10/23/2-7       _____
Applicant's Signature        Date            Community Manager / Alto
                                             Agent's Position / Community Name

4